IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-279-M

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASMINE VEGA, <br><br> Defendant. | ORDER |

This matter comes before the court on Defendant's Motion to Modify Special Conditions of Supervision [DE 27]. "The court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation." *See* 18 U.C. § 3563; Fed. R. Crim. P. 32.1(c). Although Defendant reports the need for additional flexibility because of her work and childcare demands, the United States Probation Office requests that Defendant stays on location monitoring to allow real-time location monitoring while she serves her probationary term. Moreover, the court imposed location monitoring, as a condition of home detention, after careful consideration of the appropriate sentence in this case. *See* 18 U.S.C. § 3553(a). Defendant has not presented extraordinary circumstances warranting the requested modification of the court's previous sentence. *Cf.* 18 U.S.C. § 3582(c) (requiring "extraordinary and compelling reasons" to modify carceral sentence). Accordingly, the motion is DENIED.

SO ORDERED this 19th day of July, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE